NINA F. LOCKER, State Bar No. 123838
CAZ HASHEMI, State Bar No. 210239
DIANE M. WALTERS, State Bar No. 148136
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:  dwalters@wsgr.com

**E-filed 5/18/07**

Attorneys for Defendants John R. Ambroseo,
Gerald C. Barker, Dennis C. Bucek,
Charles W. Cantoni, Kevin P. Connors,
Vittorio Fossati-Bellani, Robert M. Gelber,
John H. Hart, James L. Hobart, Kevin McCarthy,
Paul L. Meissner, Gary W. Rogerson,
Helene Simonet, Luis Spinelli, James L. Taylor,
Lawrence Tomlinson, Ronald A. Victor,
Sandeep Vij and Nominal Defendant Coherent, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES M. LEE,<br>Derivatively on Behalf of COHERENT, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN R. AMBROSEO, BERNARD J. COUILLAUD, HELENE SIMONET, LUIS SPINELLI, VITTORIO FOSSATI-BELLANI, RONALD A. VICTOR, PAUL L. MEISSNER, SCOTT H. MILLER, DENNIS C. BUCEK, CHARLES W. CANTONI, SANDEEP VIJ, JOHN H. HART, LAWRENCE TOMLINSON, ROBERT J. QUILLINAN and GARRY W. ROGERSON,<br><br>        Defendants,<br><br>    - and -<br><br>COHERENT, INC., a Delaware corporation,<br><br>        Nominal Defendant. | CASE NO.:  C-07-0955-JF<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE INITIAL<br>CASE MANAGEMENT<br>CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT
CONFERENCE, CASE NOS. C-07-0955-JF; C-
07-1264 JF; C-07-1265-JF

| | |
|---|---|
| J. DAVIS BARTHOLOMEW, Derivatively on Behalf of COHERENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN R. AMBROSEO, BERNARD J. COUILLAUD, HELENE SIMONET, LUIS SPINELLI, VITTORIO FOSSATI-BELLANI, RONALD A. VICTOR, PAUL L. MEISSNER, SCOTT H. MILLER, DENNIS C. BUCEK, CHARLES W. CANTONI, SANDEEP VIJ, JOHN H. HART, LAWRENCE TOMLINSON, ROBERT J. QUILLINAN and GARRY W. ROGERSON,<br><br>Defendants,<br><br>- and -<br><br>COHERENT, INC., a Delaware corporation,<br><br>Nominal Defendant. | CASE NO.: C-07-1264-JF |
| MICHAEL WERNER, Derivatively on Behalf of COHERENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD J. COUILLAUD, JOHN R. AMBROSEO, CHARLES W. CANTONI, JOHN H. HART, ROBERT J. QUILLINAN, JAMES L. HOBART, HENRY E. GAUTHIER, ROBERT M. GELBER, SCOTT H. MILLER, KEVIN P. CONNORS, GERALD C. BARKER, VITTORIO FOSSATI-BELLANI, JAMES L. TAYLOR, KEVIN MCCARTHY, LUIS SPINELLI, RON VICTOR, and HELENE SIMONET,<br><br>Defendants,<br><br>- and -<br><br>COHERENT, INC.,<br><br>Nominal Defendant. | CASE NO.: C-07-1265-JF |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, CASE NOS. C-07-0955-JF; C-07-1264 JF; C-07-1265-JF

1

1  WHEREAS, plaintiff James Lee has filed a motion to consolidate the above-captioned shareholder derivative actions and to appoint lead plaintiff and lead counsel, and plaintiff Michael Werner has filed a separate motion to consolidate these actions and to appoint lead counsel;

WHEREAS, the hearing regarding plaintiff Lee's and plaintiff Werner's motions to consolidate and to appoint lead plaintiff and/or lead counsel is set for May 25, 2007 at 9:00 a.m.;

WHEREAS, the Initial Case Management Conference is currently set for May 25, 2007;

WHEREAS, the parties wish to avoid the premature preparation of multiple case management submissions prior to the consolidation of the above-referenced actions and the designation of lead plaintiff and/or lead counsel;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to the approval of the Court, that the Initial Case Management Conference in the above-captioned actions shall be continued until thirty (30) days after the date of entry of an order consolidating the actions and appointing lead counsel and/or lead plaintiff, or such other later date that the Court deems appropriate, and that the related case management deadlines shall be adjusted accordingly.

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT
CONFERENCE, CASE NOS. C-07-0955-JF; C-07-1264 JF; C-07-1265-JF

2

1    **IT IS SO STIPULATED**.

2

3    Dated: May 16, 2007                                    WILSON SONSINI GOODRICH & ROSATI
                                                            Professional Corporation
4

5
                                                            By:   /s/ Diane M. Walters
6                                                                    Diane M. Walters

7                                                           Attorneys for Defendants John R. Ambroseo,
                                                            Gerald C. Barker, Dennis C. Bucek,
8                                                           Charles W. Cantoni, Kevin P. Connors,
                                                            Vittorio Fossati-Bellani, Robert M. Gelber,
9                                                           John H. Hart, James L. Hobart, Kevin
                                                            McCarthy, Paul L. Meissner, Gary W.
10                                                          Rogerson, Helene Simonet, Luis Spinelli,
                                                            James L. Taylor, Lawrence Tomlinson,
11                                                          Ronald A. Victor, Sandeep Vij, and
                                                            Nominal Defendant Coherent, Inc.
12

13

14   Dated: May 16, 2007                                    HELLER EHRMAN LLP

15

16                                                          By:   /s/ Charles R. Jaeger
                                                                     Charles R. Jaeger
17
                                                            Attorneys for Defendant Scott H. Miller
18

19

20   Dated: May 16, 2007                                    FARELLA BRAUN & MARTEL LLP

21

22                                                          By:   /s/ C. Brandon Wisoff
                                                                     C. Brandon Wisoff
23
                                                            Attorneys for Defendant Bernard J. Couillaud
24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER              3
     TO CONTINUE CASE MANAGEMENT
     CONFERENCE, CASE NOS. C-07-0955-JF; C-
     07-1264 JF; C-07-1265-JF

| | |
|---|---|
| Dated: May 16, 2007 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP |
| | By:   /s/ Shawn Williams   <br>           Shawn Williams |
| | Attorneys for Plaintiff James M. Lee |
| Dated: May 16, 2007 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| | By:   /s/ Nichole Browning   <br>           Nichole Browning |
| | Attorneys for Plaintiff Michael Werner |
| Dated: May 16, 2007 | JOHNSON BOTTINI LLP |
| | By:   /s/ Frank J. Johnson   <br>           Frank J. Johnson |
| | Attorneys for Plaintiff J. Davis Bartholomew |

The Case Management Conference is rescheduled to Friday July13, 2007 at 10:30 AM.

**IT IS SO ORDERED.**

Dated: May 18, 2007

_____
The Honorable Jeremy Fogel
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, CASE NOS. C-07-0955-JF; C-07-1264 JF; C-07-1265-JF           4

1 I, Diane M. Walters, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE. In compliance with General Order 45.X.B, I hereby attest that Charles R. Jaeger, C. Brandon Wisoff, Shawn Williams, Nichole Browning and Frank Johnson have concurred in this filing.

Dated: May 16, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: ___/s/ Diane M. Walters___
      Diane M. Walters

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT
CONFERENCE, CASE NOS. C-07-0955-JF; C-07-1264 JF; C-07-1265-JF

5