UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE COHERENT, INC. SHAREHOLDER DERIVATIVE LITIGATION, | Case No.  CV-07-955-JF<br><br>ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTIONS |

On May 29, 2007 the above entitled matter was consolidated with case numbers CV-07-1264-JF and CV-07-1265-JF.  At that time, the Court deemed case number CV-07-955-JF the lead case.  In light of the consolidation,  the clerk shall administratively close the following cases:  CV-07-1264-JF and CV-07-1265-JF.

IT IS SO ORDERED.

Dated: September 30, 2008

_____
JEREMY FOGEL
United States District Judge